**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ALI MOALAWI,

                              Plaintiff,

           -against-
                                           22 **CIVIL** 6770 (RA)

                                                **<u>JUDGMENT</u>**

LETITIA JAMES, in her capacity as ATTORNEY
GENERAL OF THE STATE OF NEW YORK,

                              Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion & Order dated July 27, 2023, the Complaint, moreover, must be dismissed for the additional reason that the Rooker-Feldman doctrine precludes federal district courts from reviewing final judgments of the state courts. See Exxon Mobil Corp. v. Saudi Basic Indus. Corp., 544 U.S. 280, 284 (2005) (holding that federal district courts are barred from deciding cases "brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments."). While Rooker-Feldman would not generally preclude Plaintiff from bringing a § 1983 action for a violation of his constitutional rights, dismissal is warranted insofar as "he seeks nothing more than a review of a state court judgment." Teichmann, 769 F.3d at 826; see Mitchell v. New York State, No. 22-cv-1747 (LDH) (LB), 2023 WL 2734823, at *4 (E.D.N.Y. Mar. 31, 2023) (dismissing, under Rooker-Feldman doctrine, § 1983 action because plaintiff "necessarily invites the Court to review the judgment of [his state court criminal] conviction.").

Finally, the Court will not grant leave to amend, as any amendment would be futile given the relief that Plaintiff seeks. See Hill v. Curcione, 657 F.3d 116, 123-24 (2d Cir. 2011); accordingly, the case is closed.

**Dated:**  New York, New York

July 31, 2023

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**   *K. Mango*

_____
**Deputy Clerk**